United States District Court
Southern District of Texas
**ENTERED**
November 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE GUADALUPE MEJIA GUERRERO, § <br> § <br> Petitioner, § <br> § <br> VS. § <br> § <br> KRISTI NOEM, *et al.*, § <br> § <br> Respondents. § | CIVIL ACTION NO. 4:25-CV-04812 |

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

The petitioner, Jose Guadalupe Mejia Guerrero filed an amended petition for a writ of habeas corpus seeking his release on bond from detention by immigration authorities. On October 27, 2025, this Court entered a temporary restraining order. On November 10, 2025, this Court held a hearing on the petitioner's motion for a preliminary injunction and the respondents' motion for summary judgment.

It is HEREBY ORDERED that the temporary restraining order entered on October 27, 2025 (Doc. # 9) shall remain in effect for an additional 14 days, until November 24, 2025, unless dissolved by this Court prior to that date, to allow the Court time to rule on the pending motions.

It is so ORDERED.

SIGNED on November 10, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge