United States District Court
Southern District of Texas
**ENTERED**
November 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE GUADALUPE MEJIA GUERRERO, | § |
| Petitioner, | § § § |
| VS. | §  CIVIL ACTION NO. 4:25-CV-04812 |
| KRISTI NOEM, *et al.*, | § § § |
| Respondents. | § |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order of even date, the writ of habeas corpus is granted.

This is a final judgment.

SIGNED on November 17, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

1 / 1